**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7367**

_____

HEYWARD EUGENE JOHNSON,

                                        Petitioner - Appellant,

        versus

PHILLIP MCLEOD, Warden of Perry Correctional
Institution; CHARLES M. CONDON, Attorney
General of South Carolina,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, District Judge.
(CA-01-4017)

_____

Submitted:  November 7, 2002        Decided:  December 4, 2002

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Heyward Eugene Johnson, Appellant Pro Se.  William Edgar Salter,
III, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia,
South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Heyward Eugene Johnson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Johnson has not made a substantial showing of the denial of a constitutional right. See Johnson v. McLeod, No. CA-01-4017 (D.S.C. filed Aug. 29, 2002; entered Aug. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED